■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OVIDIO RODRIGUEZ, Appellant. [996 NYS2d 280]—

Order, Supreme Court, Bronx County (Megan Tallmer, J.), entered on or about March 1, 2012, which adjudicated defendant a level two sexually violent offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

Although there is an insufficient basis for the assessment of points under the risk factor for drug or alcohol abuse, defend-

ant remains a presumptive level two offender, and we find that a downward departure is not warranted (*see People v Gillotti*, 23 NY3d 841, 861 [2014]). The mitigating factors cited by defendant were adequately taken into account by the risk assessment instrument, and were in any event outweighed by the viciousness of the underlying sex crime. Concur—Mazzarelli, J.P., Acosta, Saxe, Clark and Kapnick, JJ.